**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

HELEN SWARTZ,

<table>
<tr><td>Plaintiff,</td><td>**25-CV-4354 (PAE) (KHP)**</td></tr>
<tr><td>-against-</td><td>**ORDER**</td></tr>
<tr><td>218 HOLDING, INC., et al.,</td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The docket in this matter reflects that the parties have settled their claims with prejudice.  However, the Clerk's office rejected the stipulation of voluntary dismissal filed at ECF No. 23 with the following note:

> [T]he documents need to be filed separately. Re-file the dismissal using the event type Stipulation of Voluntary Dismissal found under the event list Other Documents - select the correct filer/filers - select the correct party/parties the voluntary dismissal is against - and attach the correct signed PDF. File the settlement agreement using Other Filings, Other Documents, Settlement Agreement.

The parties are directed to comply promptly with the Clerk's instructions so that this case may be closed.  If the case is not closed effective **April 22, 2026**, the parties shall file a status update on their efforts to follow the Clerk's instructions.

     **SO ORDERED.**

DATED:     New York, New York
           April 8, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge